## 49127. BAKER v. THE STATE.

QUILLIAN, Judge.
If a sentence is within the statutory limit it does not constitute cruel and inhumane punishment. *Beardon v. State,* 122 Ga. App. 25 (176 SE2d 243).
*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

SUBMITTED MARCH 4, 1974 — DECIDED MARCH 15, 1974 — REHEARING DENIED MARCH 29, 1974.

*Ben Lancaster,* for appellant.
*David N. Vaughan, Jr., District Attorney,* for appellee.